# 906　Cases Reported With Brief Syllabi.

Hudson and Manhattan Railway Company v. Josephine J. S. Wendel.— Motion for stay denied on conditions stated in memorandum per curiam. Settle order on notice.

William H. Keepers v. West Virginia Bridge Company.— Motion for stay denied, with ten dollars costs. Settle order on notice.

Cornelius McArdell and Others v. Frederic P. Olcott and Others.— Motion granted upon conditions stated in memorandum per curiam. Settle order on notice.

In the Matter of Henry W. Leonard.— Respondent required to file answer within ten days.

Winant W. Weir v. Union Railway Company.— Motion to dismiss appeal denied. Motion for leave to go to Court of Appeals granted. Settle orders on notice.

In the Matter of New York, Westchester and Boston Railway Company.— Memorandum for counsel.

---

## Fourth Department, June, 1906.

George E. Zeiler, Appellant, v. Bertha Krause and Others, Respondents.— Judgment affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. John Harrer and John D. Moissinac, Appellants.— Judgment and order affirmed. All concurred, except Williams, J., not voting.

Thomas Galligher, Appellant, v. MacDonald Engineering Company, Respondent.— Order affirmed, with costs. Spring, Nash and Kruse, JJ., voted for affirmance upon the ground that the plaintiff, as matter of law, is not entitled to recover. McLennan, P. J., and Williams, J., voted for affirmance upon the ground that the plaintiff has not shown himself free from contributory negligence.

In the Matter of the Judicial Settlement of the Accounts of Frank R. Caldwell and Addie Garlock, as Executors, etc., of Charles W. Garlock, Deceased. Addie Garlock, Individually and as Executrix, etc., of Charles W. Garlock, Deceased, Appellant; Elizabeth A. Garlock, as Assignee of Frank W. Garlock, and Others, Respondents. — Decree of Surrogate's Court affirmed, with costs to the respondent Elizabeth A. Garlock payable out of the estate. No other costs allowed. All concurred.

Oscar D. Thompson, Respondent, v. The Supreme Tent of the Knights of the Maccabees of the World, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide event upon questions of law only, the facts having been examined and no error found therein. (See *Jumper* v. *Sovereign Camp Woodmen of the World*, 127 Fed. Rep. 635.) All concurred; Spring, J., not sitting.

Emma F. Heidrich, Appellant, v. The Rochester and Suburban Railway Company, Respondent.— Order modified by requiring as a condition of granting the defendant's motion for a new trial, the payment by it of the trial fee and disbursements of the former trial; and as so modified affirmed, without costs of this appeal to either party. All concurred, except Kruse, J., who dissented and voted for reversal.

Patrick J. Hogue, Respondent, v. Morris W. Simonson and Others, Appellants. — Judgment and order affirmed, with costs. All concurred.

William Lytle, Respondent, v. The City of Auburn, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide event. Held, that, as a matter of law, the evidence fails to establish negligence on the part of the defendant. All concurred.

Hugh McGorray, Respondent, v. Judson J. Cross and Frederick J. Cross, Appellants.— Judgment affirmed, with costs. All concurred.

Joseph Polet, Respondent, v. Erie Preserving Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Frederick Gerbracht, Appellant, v. Edward H. Butler, Respondent.— Judgment affirmed, with costs. All concurred.

New York Central and Hudson River Railroad Company, Respondent, v. George A. Howard and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.